FILED

AUG 1 3 2018

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
AKRON

AO 442 (Rev 11/11) Arrest Warrant

RECEIVED
US MARSHALS E/KY

2018 AUG -9 PM 12: 36

Rcv'd by_____

5:18mj1191

UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF KENTUCKY

United States of America
v.
DONALD ZUPPO
3935 ARDEN BLVD
YOUNGSTOWN, OH 44811
DOB        SSN#

          Defendant

)
)
)
)
)
)
)

Case No.   2:18-cr-32-DLB-CJS

## ARREST WARRANT

To:     Any authorized law enforcement officer

        YOU ARE COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay
(name of person to be arrested)   Donald Zuppo _____
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment      ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

  49:46504 - Interference with flight attendant - 1 Count
  49:46506 - Assault - 1 count

Date:   08/09/2018                              Linda Nacin
                                               _____
                                                  Issuing officer's signature

City and state:   Covington, KY                Linda Tierney, Deputy Clerk
                                               _____
                                                  Printed name and title

| Return |
| --- |
| This warrant was received on (date) _____, and the person was arrested on (date) _____ at (city and state) _____ |
| Date: _____                    _____<br>Arresting officer's signature |
|                                  _____<br>Printed name and title |